UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

Charles Pembroke
18249 Kentucky
Detroit, Mi 48221
  **Debtor.**
_____/

CASE NO: 24-51685
CHAPTER: 13
JUDGE: Paul Hage

**MOTION FOR/TO** Extend Automatic Stay

**NOW COMES** Debtor(s), and brings this motion. In support of Debtor(s)'s motion, Debtor states the following [state the facts]:

1. Dear Honorable Paul Hage, I am writing to respectfully request to extend the Automatic Stay in my Chapter 13 case. I believe that an extension of the stay is necessary to allow me the opportunity

2. to explain the purpose, such as completing my repayment plan or resolving specific issues.

3. Debtor requests Extend Automatic Stay

**WHEREFORE**, Debtor requests this Court to consider Debtor's Motion and afford Debtor what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Dated: 12-12-24

Respectfully submitted

(Debtor's Signature)
Print Name: Charles L Pembroke

(Co-Debtor's Signature)
Print Name: _____