# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:

Charles Lester Pembroke,           Case No: 24-51685-PRH
                                             Hon. Paul R. Hage
      Debtor.                          Chapter 13
_____/

## ORDER GRANTING EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS

On December 11, 2024, Charles Lester Pembroke (the "Debtor") filed this chapter 13 case. On December 26, 2024, the Debtor filed the *Motion for Extension of Deadline for Required Documents* [Doc. No. 34] (the "Motion") seeking an extension of the deadline to file certain missing required documents. The Court has determined to grant the Motion.

**NOW THEREFORE, IT IS HEREBY ORDERED:**

1. The Motion is granted. The Debtor must file the following missing required documents on or before January 6, 2025:

   i.) Chapter 13 Statement of Your Current Monthly Income Form 122C−1
   ii.) Chapter 13 Plan
   iii.) Declaration About an Individual Debtor Schedules
   iv.) Schedule A−J (Excluding Schedule A/B, which was submitted 12/26)
   v.) Statement of Financial Affairs
   vi.) Summary of Assets and Liabilities

2. If the Debtor fails to file all required documents by the deadline set forth herein, this case will be dismissed without further notice or hearing.

**Signed on December 30, 2024**



/s/ Paul R. Hage
**Paul R. Hage**
**United States Bankruptcy Judge**